**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GUI NA WANG, an individual,

    Plaintiff,

  v.

WEI ZHAO, an individual, and
DOES 1–50, inclusive,

    Defendants.
_____/

No. C 12-00253 WHA

**ORDER RE NOTICE
OF SETTLEMENT**

The Court acknowledges and thanks the parties for their joint notice of settlement and **CONTINUES** the hearing on plaintiff's motion to **AUGUST 23, 2012, AT 8:00 A.M.** If a dismissal is timely filed, the Court shall vacate the hearing. If not, the Court is prepared to rule on the motion.

**IT IS SO ORDERED.**

Dated: August 3, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE