IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GUI NA WANG, an individual,

    Plaintiff,

  v.

WEI ZHAO, an individual, and
DOES 1–50, inclusive,

    Defendants.
_____/

No. C 12-00253 WHA

**ORDER RE NOTICE
OF SETTLEMENT**

    The Court acknowledges and thanks the parties for their joint notice of settlement and **CONTINUES** the hearing on plaintiff's motion to **AUGUST 23, 2012, AT 8:00 A.M.** If a dismissal is timely filed, the Court shall vacate the hearing. If not, the Court is prepared to rule on the motion.

    **IT IS SO ORDERED.**

Dated: August 3, 2012.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE